# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED AFRICAN-ASIAN ABILITIES CLUB; DAVID SINGLETARY

        Plaintiffs

v.

CHATEAU REGENT PARTNERS (DE), LLC; GLOBAL INTEGRITY REALTY CORPORATION; and DOES 1 THROUGH 10, Inclusive

        Defendants

Case No.: 2:17-cv-05476-JAK-PJW

**ORDER RE STIPULATION FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY**

JS-6

        IT IS HEREBY ORDERED, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), that Defendants CHATEAU REGENT PARTNERS (DE), LLC; GLOBAL INTEGRITY REALTY CORPORATION be dismissed with prejudice from Plaintiffs' Complaint and Plaintiffs' Complaint be dismissed with prejudice in its entirety, Case Number 2:17-cv-05476-JAK-PJW. Accordingly, the Motion to Amend the Complaint is MOOT. Dkt. 21.

**IT IS SO ORDERED.**

Dated: January 29, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE